# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GRACE STEPHEN, )<br>    )<br>  Plaintiff, )<br>    )<br>v. )<br>    )<br>METROPOLITAN LIFE )<br>INSURANCE COMPANY, )<br>    )<br>  Defendant. ) | CIVIL ACTION<br><br>FILE NO. 1:14-CV-734-RLV |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Comes now Plaintiff, Grace Stephen (hereinafter Ms Stephen) and files her motion for summary judgment pursuant to USCS Fed Rules Civ Proc R 56 and N. D. Ga LR 56.1.  In support of her motion Ms Stephen relies upon the following

1    Novartis Pharmaceutical Corporation Group Short-Term Disability and Long-Term Disability Insurance Plan (hereinafter "The Plan")

2    MetLife Disability Claims Guidelines (hereinafter "Disability Guidelines") produced pursuant to Stipulation and Protective Order Governing Confidential Material [Document 14] and which are being submitted pursuant to a motion to seal.

3  General Services Agreement Task Order No. 2

4  Administrative Record from MetLife

5  Defendant's Responses to Plaintiff's First Request for Admissions

6  Plaintiff's Statement of Material Facts in Support of her Motion for Summary Judgment

7  Brief in Support of Plaintiff's Motion for Summary Judgment.

Respectfully submitted this 30<u>th</u> day of July, 2015.

**HILLEY & FRIEDER**

<u>/s/ Ronald L. Hilley</u>
**Ronald L. Hilley, Esq.**
Ga. State Bar No. 354788
**Mia I. Frieder, Esq.**
Ga. State Bar No. 277360
Attorneys for Plaintiff
Grace Stephen

3379 Peachtree Road, N.E.
Suite 760
Atlanta, Georgia 30326
(404) 233-6200
(404) 233-3430 (Facsimile)

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.1B, NDGa., the foregoing pleading is prepared in Times New Roman, 14 point, and was electronically filed on **July 30, 2015** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing and by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon as follows to the below listed attorney(s) who has acknowledged service on behalf of all defendants:

Elizabeth J Bondurant
Womble, Carlyle, Sandridge & Rice, LLP
271 17th Street, NW
Suite 2400
Atlanta, GA  30363-1017

This 30th day of July, 2015.

                                      **HILLEY & FRIEDER**

                                      */s/ Ronald L. Hilley*
                                      **Ronald L. Hilley, Esq.**
                                      Ga. State Bar No.  354788
                                      **Mia I. Frieder, Esq.**
                                      Ga. State Bar No. 277360
                                      Attorneys for Plaintiff
                                      Grace Stephen

3379 Peachtree Road, N.E.
Suite 760
Atlanta, Georgia  30326
(404) 233-6200
(404) 233-3430 (Facsimile)