UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GRACE STEPHEN,<br><br>    Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:14-cv-00734-MHS |

## J U D G M E N T

This action having come before the court, Honorable Marvin H. Shoob, United States District Judge, for consideration of the defendant Metropolitan Life Insurance Company's motion for judgment on the administrative record, and the court having granted defendant's motion , it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and **affirming** defendant's decision to terminate plaintiff's LTD benefits.

Dated at Atlanta, Georgia, this 23rd day of November, 2015.

              JAMES N. HATTEN
              DISTRICT COURT EXECUTIVE
              and CLERK OF COURT

            By: s/*Barbara D. Boyle*
              Deputy Clerk

Filed: November 23, 2015
Entered in the Clerk's Office
November 24, 2015
James N. Hatten
Clerk of Court

By: B. D. Boyle
   Deputy Clerk